UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

| | |
|---|---|
| SAMANTHA SMITH | CIVIL ACTION NO. 22-6177 |
| VERSUS | JUDGE DONALD E. WALTER |
| LOVE'S TRAVEL STOP AND COUNTRY STORES | MAGISTRATE JUDGE HORNSBY |

---

### ORDER

Before the Court is a motion to dismiss and compel arbitration or alternatively, to compel arbitration and stay the current judicial proceedings, filed by Defendant Love's Travel Stop and Country Stores ("Love's"). See Record Document 7. Plaintiff Samantha Smith ("Smith") opposes Love's motion to the extent that it requests dismissal, but does not oppose it to the extent that it requests the Court compel arbitration and stay the current proceedings. See Record Document 10.

Accordingly, **IT IS ORDERED** that Love's motion is **GRANTED IN PART** and **DENIED IN PART**. To the extent that Love's requests Smith's claims be dismissed, Love's motion is **DENIED**.

Love's motion to compel arbitration and stay the current proceedings is **GRANTED.** The Clerk of Court is **ORDERED** to administratively close the case. The parties shall jointly notify the Court once arbitration is complete.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 4th day of April, 2023.

Mark L. Hornsby
U.S. Magistrate Judge